No. 91–5245.  McKinney v. Montano et al.  Ct. App. Ariz. Certiorari denied.

No. 91–5247.  Hegge v. Alef et al.  C. A. 9th Cir.  Certiorari denied.

No. 91–5248.  Harwin v. United States.  C. A. 11th Cir. Certiorari denied.

No. 91–5249.  Hamilton v. Kestell, Pogue & Gould et al. C. A. 2d Cir.  Certiorari denied.

No. 91–5250.  Higdon v. Tennessee.  Ct. Crim. App. Tenn. Certiorari denied.

No. 91–5251.  Ivy v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 91–5253.  Taylor v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 91–5254.  Sloan v. Roberts et al.  C. A. 4th Cir.  Certiorari denied.

No. 91–5255.  Hatch v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 91–5256.  Manuel M. v. California.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 91–5258.  Casteel, aka Ghashiyah, et al. v. Kolb et al.  Ct. App. Wis.  Certiorari denied.

No. 91–5260.  Fernandez v. Leonardo, Superintendent, Great Meadow Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 91–5261.  Gaston v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 91–5263.  Whittington v. Milby et al.  C. A. 6th Cir. Certiorari denied.

No. 91–5265.  White v. Mississippi.  Sup. Ct. Miss.  Certiorari denied.